# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

POLLY'S FOOD SERVICE, INC., et al.   :
on behalf of itself and all others   )
similarly situated   :
   )
      Plaintiff,   :  Case No 2:08-CV-11420
   )
      vs.   :  Judge Paul D. Borman
   )
REDDY ICE HOLDINGS, INC., et. al.,   :
   )
      Defendants.   :

### PROPOSED ORDER

The Court hereby approves the Stipulation Re:  Extension of Time to Respond to Complaint [Docket No.  14].

Defendants' time to answer, move, or otherwise plead in response to the complaint in this action is extended in accordance with the terms as outlined in the Stipulation Re: Extension of Time to Respond to Complaint.

s/Paul D. Borman_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 7, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 7, 2008.

s/Denise Goodine
Case Manager